**No. 10-6579. David Brian Stone, Petitioner v. United States.**

562 U.S. 995, 131 S. Ct. 439, 178 L. Ed. 2d 345, 2010 U.S. LEXIS 8261.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 608 F.3d 939.

**No. 10-6613. Herbert Sperling, Petitioner v. United States.**

562 U.S. 995, 131 S. Ct. 441, 178 L. Ed. 2d 345, 2010 U.S. LEXIS 8247.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 367 Fed. Appx. 213.

**No. 10-6599. In re James A. Stahl, Petitioner.**

562 U.S. 980, 131 S. Ct. 440, 178 L. Ed. 2d 345, 2010 U.S. LEXIS 8251.

October 18, 2010. Petition for writ of habeas corpus denied.

**No. 10-6633. In re Gary B. Williams, Petitioner.**

562 U.S. 980, 131 S. Ct. 441, 178 L. Ed. 2d 345, 2010 U.S. LEXIS 8314.

October 18, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8. Justice Kagan took no part in the consideration or decision of this motion and this petition.

**No. 10-6331. In re Thurman Lee Parks, Petitioner.**

562 U.S. 980, 131 S. Ct. 427, 178 L. Ed. 2d 345, 2010 U.S. LEXIS 8266.

October 18, 2010. Petition for writ of mandamus denied.

**No. 09-11003. Naomi Sandres, Petitioner v. Christine A. Noland, Magistrate Judge, United States District Court for the Middle District of Louisiana, et al.**

562 U.S. 995, 131 S. Ct. 444, 178 L. Ed. 2d 345, 2010 U.S. LEXIS 8180.

October 18, 2010. Petition for rehearing denied.

Former decision, 561 U.S. 1034, 130 S. Ct. 3538, 177 L. Ed. 2d 1107, 2010 U.S. LEXIS 5411.